IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUNGE, S.A., § | |
|    *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 1:22-cv-00026-RGA |
| § | |
| ADM INTERNATIONAL SÀRL, § | |
|    *Defendant*, § | |
| § | |
| AMERICAN PETROLEUM TANKERS X § | |
| LLC; ARCHER-DANIELS-MIDLAND § | |
| COMPANY; ASHLAND SPECIALTY § | |
| INGREDIENTS G.P.; CROWLEY § | |
| GLOBAL SHIP MANAGEMENT, INC.; § | |
| MOSAIC FERTILIZER, LLC § | |
| § | |
|    *Garnishees.* § | |

## DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ADM International Sàrl ("ADMI"), by and through undersigned counsel and pursuant to the restricted appearance provisions of Rule E(8) of the Supplemental Admiralty Rules, hereby files this Disclosure Statement and certifies that ADMI's ultimate parent corporation is Archer-Daniels-Midland Company, no publicly traded corporation other than Archer-Daniels-Midland Company owns 10% or more of ADMI's stock, and no publicly traded corporation owns 10% or more of Archer-Daniels-Midland Company.

DATED and FILED on February 17, 2022.

                          Respectfully submitted,

                          **RAWLE & HENDERSON LLP**

By:   /s/ *Joelle Florax, Esq.*
       Joelle Florax, Esquire (DE I.D. No. 3555)
       300 Delaware Avenue, Suite 1120
       Wilmington, DE 19899-0508
       Phone 302-778-1200

Of Counsel:

John J. Reilly
*Admitted Pro Hac Vice*
New York Bar No: 1412915
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York 10036
Tel: 212-872-9865
Fax: 212-872-9815
Email: john.reilly@squirepb.com

Emily Huggins Jones
*Admitted Pro Hac Vice*
Ohio Bar No: 0078412
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel: 216-479-8500
Fax: 216-479-2773
Email: emily.hugginsjones@squirepb.com

Amanda D. Price
*Admitted Pro Hac Vice*
Texas Bar No. 24060935
Squire Patton Boggs (US) LLP
6200 Chase Tower
600 Travis Street
Houston, Texas 77002
Tel: 713-546-5850
Fax: 713-546-5830
Email: Amanda.Price@squirepb.com

                          *Counsel for Defendant*
                          *ADM International Sàrl*