IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Bunge, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 22-cv-RGA |
| vs. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| ADM International Sàrl, *et al*., | § | |
| | § | |
| Defendant and Garnishees. | § | |

**ORDER GRANTING
UNOPPOSED MOTION FOR STAY OF CASE PENDING
<u>OUTCOME OF LONDON MARITIME ARBITRATION</u>**

Upon the unopposed motion of plaintiff Bunge, S.A. ("Bunge") pursuant to 9.U.S.C. §§ 3

and 8 upon provision of agreed security by defendant ADM International Sàrl ("ADMI"), this Court

hereby STAYS this case pending the outcome of maritime arbitration in London between Bunge

and ADMI.

**APPPROVED AND SO ORDERED** this  7   day of September, 2023.


/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE