YOUNG CONAWAY

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

April 14, 2026

**VIA CM/ECF**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

**Re: *Bunge, S.A. v. ADM International Sarl, et al.***
**Case No. 1:22-cv-00026-RGA**

Dear Judge Andrews,

Pursuant to Your Honor's April 8, 2026 Oral Order (D.I. 82), we write further on behalf of the Parties with respect to the status of this matter.

Our July 2, 2024 Status Report (D.I. 79) continues to report the current status.

The London arbitration is still on-going, therefore, Bunge, S.A. requests the Court to continue the Stay; and require the Parties to submit another Status Report on or before October 16, 2026.

If the Court has any additional concerns or questions, Counsel stand ready to respond.

Respectfully submitted,

*/s/ Timothy Jay Houseal*

Timothy Jay Houseal
(DE ID #2880)

cc: All Counsel of Record – via CM/ECF